TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Bernadette Allen*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernadette Allen, | Case No.:  2:16-cv-00658-DJH |
| Plaintiff, | Hon. Diane J. Humetewa |
| vs. | |
| Experian Information Solutions, Inc., an Ohio corporation., Trans Union, LLC, a Delaware limited liability company, Synchrony Bank, an Ohio corporation, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC, ONLY** |
| Defendants. | |

1

Plaintiff and Defendant Trans Union, LLC (hereinafter referred to as "Trans Union"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Trans Union, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 21st day of October, 2016

KENT LAW OFFICES

By: /s/ Trinette G. Kent

Trinette G. Kent
*Attorney for Plaintiff*

PHILIP R. WOOTEN PC

/s/ *Philip R. Wooten* (w/ permission)
Philip R. Wooten
*Attorney for Trans Union*