1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernadette Allen, | No. CV-16-00658-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation for Dismissal with Prejudice as to Defendant Trans Union, LLC, Only (Doc. 39),

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 39) and dismissing this action as to Defendant Trans Union, LLC, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

**Dated** this 24th day of October, 2016.

Honorable Diane J. Humetewa
United States District Judge